CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Assistant United States Attorney
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
Fax: (415) 436-6748
kelsey.helland@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| XIAOJIA MU, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>MARCO RUBIO, Secretary, United States Department of Homeland Security, *et al.*,<br><br>Defendants. | Case No. 5:26-cv-07802-SVK<br><br>**STIPULATED REQUEST TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT; ~~[PROPOSED]~~ ORDER** |

Pursuant to Civil Local Rules 6-2 and 7-12, the parties submit the following stipulated request to extend the time for Defendants' response to the complaint and the dates in the Court's Immigration Mandamus Procedural Order. In support of this request, the parties state as follows:

1. Defendants' response to the complaint is currently due October 2, 2026.

2. The parties make this request because the agency is in the process of reviewing this case and needs a brief period of additional time to prepare their response. Accordingly, they have agreed to extend the time for Defendants' response by 30 days.

3. The parties therefore stipulate to extend the time for Defendants' response to November 2, 2026. The parties further request a corresponding 30-day extension of the deadlines for filing and briefing a motion for summary judgment under the Court's Immigration Mandamus

Procedural Order. Dkt. No. 6. Under the extended deadlines, Defendants' motion for summary judgment must be filed by December 31, 2026.

4. There have been no previous modifications of time in this case, whether by stipulation or Court order.

IT IS SO STIPULATED.

Dated: October 2, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Kelsey J. Helland**
KELSEY J. HELLAND
Assistant United States Attorney
Attorneys for Defendants

Dated: October 2, 2026

*/s/ Erdogan Tunc*
ERDOGAN TUNC
Attorney for Plaintiff

**The filer of this document hereby attests pursuant to Civil Local Rule 5-1(i)(3) that all signatories have concurred in the filing of this document.*

**~~[PROPOSED]~~ ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: October 5, 2026



HON. SUSAN VAN KEULEN
United States Magistrate Judge

**DECLARATION OF KELSEY J. HELLAND**

I, KELSEY J. HELLAND, declare and state as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California and counsel of record for the federal Defendants in the above-captioned action.

2. On July 27, 2026, Plaintiff filed a complaint seeking adjudication of Plaintiff's H-4 nonimmigrant visa application. *See* Dkt. No. 1. Our office was served with the summons and complaint on August 3, 2026.

3. Defendants need a brief period of additional time to prepare their response. Accordingly, my office contacted Plaintiffs' counsel regarding Defendants' request for an extension of time to prepare their response to the complaint, and Plaintiff consented to the request.

4. This proposed modification will have no impact on the schedule for the case except as stated herein.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: October 2, 2026

*<u>/s/ Kelsey J. Helland</u>*
KELSEY J. HELLAND
Assistant United States Attorney