CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH W. BRAKEBILL (CABN 196696)
Chief, Civil Division
ROMAN A. SWOOPES (CABN 274167)
Assistant United States Attorney
60 South Market Street, Suite 1200
San Jose, California 95113
Telephone: (408) 535-5084
Fax: (408) 535-5081
Roman.Swoopes@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| XIAOJIA MU, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>MARCO RUBIO, Secretary, United States Department of Homeland Security, *et al.*,<br><br>Defendants. | Case No. 5:26-cv-07802-SVK<br><br>**SECOND STIPULATED REQUEST TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT; ~~[PROPOSED]~~ ORDER** |

Pursuant to Civil Local Rules 6-2 and 7-12, the parties submit the following stipulated request to extend the time for Defendants' response to the complaint and the dates in the Court's Immigration Mandamus Procedural Order. In support of this request, the parties state as follows:

1. On October 5, 2026, the Court granted the parties first stipulated request to extend case deadlines. *See* Dkt. No. 9. Pursuant to that order, Defendants' response to the complaint is due on November 2, 2026.

2. The parties have been meeting and conferring regarding Plaintiffs' complaint and have agreed to extend the time for Defendants' response by an additional 30 days.

3. The parties therefore stipulate to extend the time for Defendants' response to the complaint to December 2, 2026. The parties further request a corresponding 30-day extension of the deadlines for filing and briefing a motion for summary judgment under the Court's Immigration

Mandamus Procedural Order. Dkt. No. 6. Under the extended deadlines, Defendants' motion for summary judgment must be filed by February 1, 2027.

4. Other than the stipulation mentioned above, there have been no previous modifications of time in this case.

IT IS SO STIPULATED.

Dated: October 30, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Roman A. Swoopes*
ROMAN A. SWOOPES
Assistant United States Attorney
Attorneys for Defendants

Dated: October 30, 2026

*/s/ Erdogan Tunc*
ERDOGAN TUNC
Attorney for Plaintiff

**The filer of this document hereby attests pursuant to Civil Local Rule 5-1(i)(3) that all signatories have concurred in the filing of this document.*

**~~[PROPOSED]~~ ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: November 2, 2026

HON. SUSAN VAN KEULEN
United States Magistrate Judge

**DECLARATION OF ROMAN A. SWOOPES**

I, Roman A. Swoopes, declare and state as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California and counsel of record for the Federal Defendants in the above-captioned action.

2. On October 5, 2026, the Court granted the parties first stipulated request to extend case deadlines. See Dkt. No. 9. Pursuant to that order, Defendants' response to the complaint is due on November 2, 2026.

3. My office has been conferring with Plaintiffs' counsel regarding this case, and the parties agreed to extend the time for Defendants' response by an additional 30 days.

4. Apart from the stipulation referenced above, there have been no other modifications of time in this case, whether by stipulation or Court order. The proposed scheduling modification will have no impact on the schedule for the case except as stated herein.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: October 30, 2026

*<u>/s/ Roman A. Swoopes</u>*
ROMAN A. SWOOPES
Assistant United States Attorney